

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2020

No. 04-20-00412-CV

**INTEREST OF L.A.C., A.I.A.C, S.A.C., H.A.C.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00887
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee has filed a motion for extension of time to file its brief. Appellee's motion is GRANTED, and appellee's brief is due on November 16, 2020.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court